UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROCHELE HITTLE, et al.,

    Plaintiffs,

  v.

WAL-MART STORES EAST, LP, et al.,

    Defendants.

Case No. 2:15-cv-2295
JUDGE GREGORY L. FROST
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's Report and Recommendation ("R&R") dated October 20, 2015.  (ECF No. 19.)  In that filing, the Magistrate Judge recommended that the Court deny Plaintiffs' motion to remand.  (ECF No. 8.)

The R&R advised the parties that, "[i]f any party seeks review by the District Judge of this [R&R], it may, within fourteen (14) days, file and serve on all parties objections to the [R&R], specifically designating this [R&R], and the part in question, as well as the basis for objection."  (ECF No. 19, at PAGEID # 99 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)).)  The R&R specifically advised the parties "that the failure to object to the [R&R] will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court."  (*Id*. (citing *Pfahler v. Nat'l Latex Prod. Co*., 517 F.3d 816, 829 (6th Cir. 2007) and *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005)).)

1

2

The Court has reviewed the R&R.  Noting that no objections have been filed, and that the time period for filing objections has expired, the Court hereby **ADOPTS AND AFFIRMS** the R&R (ECF No. 19) and **DENIES** Plaintiffs' motion to remand (ECF No. 8).

**IT IS SO ORDERED**.

/s/ Gregory L. Frost
**GREGORY L. FROST**
**UNITED STATES DISTRICT JUDGE**