UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROCHELE HITTLE** *et al.*,

    **Plaintiffs,**

                              Civil Action 2:15-cv-2763
                              Judge Michael H. Watson
    **v.**                          Magistrate Judge Elizabeth P. Deavers

**WAL-MART STORES EAST, LP,**

    **Defendant.**

## ORDER

For good cause shown, Defendant's Motion to File Under Seal is **GRANTED**.  (ECF No. 58.)   Defendant may file the referenced deposition transcripts under seal.   The sealing of documents, however, must be no broader than necessary. *See Shane Group, Inc. v. Blue Cross Blue Shield of Mich*., 825 F.3d 299, 305 (6th Cir. 2016) ("'The public has an interest in ascertaining what evidence and records the District Court and this Court have relied upon in reaching our decisions'" (quoting *Brown*, 710 F.2d at 1181)). Defendant is **DIRECTED** to contemporaneously file a public version with any confidential, sensitive information redacted. Should an entire deposition transcript contain confidential information, Defendant may omit filing that transcript from the public version. The parties are cautioned that if, upon review of the documents filed under seal, the Court determines that the documents do not contain legitimate confidential information, it will lift or modify the seal accordingly.

    IT IS SO ORDERED.

Date: March 14, 2017                                                 /s/ *Elizabeth A. Preston Deavers*
                                                                  ELIZABETH A. PRESTON DEAVERS
                                                                  UNITED STATES MAGISTRATE JUDGE